**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DIVISION OF VIRGINIA
LYNCHBURG DIVISION**

IN RE:
**JOSEPH GOUGH**                                     **CHAPTER 13 BANKRUPTCY**
**KATIE GOUGH**                                        **CASE NO. 14-62442**

**ORDER**

This matter came to be heard on the Debtor(s) Motion To Extend Time to file the rest of their schedules and chapter 13 plan. The reason for the extension is because Attorney Yancey is waiting for additional documentation from the debtors and he will need more time to review the file and work on the above debtor's budget and income expenses. Accordingly, it is hereby

**ORDERED**

That the Debtor's aforesaid request is hereby granted and the time period to file the rest of their schedules and chapter 13 plan is hereby extended until January 15, 2015.

Counsel for Debtor is hereby directed to send a copy of this Order by ECF or U.S. First Class Mail, postage prepaid, to the Debtor(s), and to Herbert L. Beskin, Trustee, P.O. Box 2103, Charlottesville, Va., 22902.

Dated: 1/12/15

*/s/ Rebecca B Connelly*
U.S. Bankruptcy Judge

I ASK FOR THIS:

/s/ RR Yancey
Reginald R. Yancey
Counsel for the Debtor(s)

**SEEN:**

 /s/HL Beskin by RR Yancey with express permission
Herbert L. Beskin, Trustee