IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:
JOSEPH GOUGH                                    CHAPTER 13 BANKRUPTCY
KATIE GOUGH                                     CASE NO. 14-62442

MOTION

Comes now, the debtors, who asks for a voluntary dismissal of their chapter 13 case.

Date: 1-23-2015                      JOSEPH GOUGH
                                     /s/  Please see the attached form


                                     KATIE GOUGH
                                     /s/  Please see the attached form

                                     By: /s/ Reginald R. Yancey
                                         Reginald R. Yancey
                                         Counsel For Debtors

Reginald R. Yancey, VSB #17958
Attorney At Law
1933 Fort Avenue, Lynchburg, VA 24501
P O Box 11908, Lynchburg, VA 24506
(434) 528-1632, Fax 434-846-7112

We hereby Ask for A Voluntary Dismissal of our Chapter 13 case, #14-62442.

/s/ Katie L. Gough 1-24-15

/s/ Joseph L. Gough 1-24-15

14-62442